IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN THE COUNTY OF PIERCE

| | |
|---|---|
| FLORIPINA AKANA, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>THE KROGER COMPANY, AN OHIO CORPORATION, D/B/A FRED MEYER STORES, INC, AN OHIO CORPORATION, and GATEKEEPER SYSTEMS, INC, A CALIFORNIA CORPORATION,<br><br>Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES |

## I.    COMPLAINT

Plaintiff, FLORIPINA AKANA, by and through their attorney of record Thaddeus P. Martin in the above-entitled matter to allege and complain as follows:

## II.    PARTIES AND JURISDICTION

1.1    Plaintiff, at all times relevant hereto, resided in Pierce County, Washington. All acts alleged herein occurred within the Fred Meyer located at 17404 Meridian East, Puyallup, Washington, Pierce County, Washington. The proper venue of this matter is Pierce County Superior Court of and for the state of Washington.

COMPLAINT FOR DAMAGES
Page - 1 of 4

THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977

1.2   Defendant Kroger, d/b/a Fred Meyer, are both Ohio corporations conducting business within Pierce County, Washington, operating the grocery store mentioned above in Puyallup, Washington.  Gatekeeper Systems, Inc., supplies and operates grocery carts at the subject Fred Meyer.

1.3   As discussed below, all acts alleged herein occurred at the Fred Meyer located at 17404 Meridian East, Puyallup, Washington.  Based on information and belief one or more of the named business entities is responsible and/or subject to liability under the doctrine of respondent superior for the acts performed by their respective employees which is discussed below.

### III.   STATEMENT OF FACTS

3.1   On April 6, 2024, plaintiff was shopping at the Fred Meyer listed above with a shopping cart.  Plaintiff paid for her items and prepared to leave the store to load her groceries into her car.  As plaintiff made her way to the exit doors with her grocery cart, the cart suddenly and without warning came to a sudden halt, forcing plaintiff to strike the handlebar of the cart with her left breast are, left shoulder and arm are.  The store manager, Nicole Reed, approached and stated that she heard an audio alarm on the cart.  Plaintiff reported that she was in pain and of the unsafe hazardous cart.

3.2   Defendants knew, by way of previous customer complaints, that the shopping carts supplied by Gatekeeper Systems sometimes came to sudden and complete locking stops.

3.3   Plaintiffs alleges negligence against defendants.

COMPLAINT FOR DAMAGES
Page - 2 of 4

THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977

3.4 As a direct and proximal result of the actions of defendants, the plaintiff was injured and harmed.

3.5 Plaintiffs have suffered and will continue to suffer emotional distress, mental anguish, loss of enjoyment of life, physical and mental pain and suffering, personal humiliation, amongst other things.

## IV. CAUSES OF ACTION

Plaintiffs realleges the above paragraphs and asserts the following causes of action against the defendants.

4.1 **Negligence**: Plaintiffs incorporate all prior assertions in this Complaint as the proximate cause of Plaintiffs' injuries under these causes of action.

## V. PRAYER FOR RELIEF

WHEREFORE, the plaintiffs having set forth the above causes of action prays for relief as follows:

1. For general and special damages, including but not limited to damages for emotional distress, mental anguish, mental and physical pain and suffering, loss of enjoyment of life, personal humiliation, amongst other things. Additionally plaintiff has and will continue to accrue medical expenses relating to her injury-related care.

2. For pre-judgment interest on all liquidated amounts.

3. For such other and further relief, including equitable relief such as injunctive relief directing that defendants provide their employees additional training in the subject matter and/or topics relevant to this lawsuit.

4. That this pleading be deemed to conform with the proof presented at time of trial.

COMPLAINT FOR DAMAGES
Page - 3 of 4

THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977

Dated this 13th day of August, 2024.

By
Thaddeus Martin, WSBA No. 28175
Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES
Page - 4 of 4

THADDEUS P. MARTIN
3015 Bridgeport Way West
University Place, WA 98466
(253) 682-3420 - FACSIMILE (253) 682-0977