UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLORIPINA AKANA, | CASE NO. 3:24-cv-05964-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE KROGER COMPANY et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to the Parties' Joint Stipulation for Amount in Controversy (Dkt. No. 23), Plaintiff's Motion to Remand (Dkt. No. 17) is GRANTED.  This action is remanded to the Pierce County Superior Court and DISMISSED in this Court without prejudice to reinstatement if the amount in controversy exceeds $75,000, each side to bear their own costs.

Dated this 28th day of January, 2025.

MINUTE ORDER - 1

1   The foregoing Minute Order authorized by THE HONORABLE DAVID G.
2   ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2